IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CV-00076-M-RJ

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKINLEY WOOTEN, JR., *in his official capacity as* NORTH CAROLINA SECRETARY OF REVENUE, et al., <br><br> Defendants. | ORDER |

This matter comes before the court on Plaintiffs' unopposed Motion for Suspension of Merits Proceeding Pending Interlocutory Appeal [DE 48].

"A district court has inherent authority to manage its docket, including the authority to stay litigation pending the resolution by another court on an issue which could affect or control the outcome in that litigation." *B. P. J. v. W. Va. State Bd. of Education*, No. 2:21-cv-00316, 2024 WL 2885348, at *2 (S.D. W. Va. June 7, 2024); *see also Ryan v. Gonzales*, 568 U.S. 57, 74 (2013) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Having considered the competing interests present in this case, the court finds that Plaintiffs have demonstrated "clear and convincing circumstances" that justify the issuance of a stay. *Williford v. Armstrong World Indus., Inc.*, 715 F.2d 124, 127 (4th Cir. 1983).

Plaintiffs' motion [DE 48] is therefore GRANTED, and the proceedings in the above-captioned case are hereby STAYED until the resolution of Plaintiffs' interlocutory appeal to the Fourth Circuit.

SO ORDERED this 22d day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 4:25-cv-00076-M-RJ   Document 54   Filed 08/22/25   Page 2 of 2