IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CV-00076-M-RJ

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKINLEY WOOTEN, JR., *in his official capacity as* NORTH CAROLINA SECRETARY OF REVENUE, et al.,<br><br>Defendants. | ORDER |

This matter comes before the court on the mandate issued by the Fourth Circuit Court of Appeals on August 21, 2026 (DE 57). On August 25, 2025 this court stayed the proceedings of this case pending resolution of the interlocutory appeal. Accordingly, the stay is LIFTED. Defendants may file a reply brief in support of their motion to dismiss on or before September 9, 2026.

SO ORDERED this 26th day of August, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE