UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:25-cv-00076-M-RJ

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>MCKINLEY WOOTEN, JR., *et al.*,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL PURSUANT TO LCR 5.2(d)** |

## INTRODUCTION

Pursuant to Local Civil Rule 5.2(d), Defendants respectfully submit this Notice of Withdrawal of Government Counsel and request withdrawal of the appearance of attorney Daniel T. Wilkes from this case. The undersigned certifies that this attorney is no longer associated with the above-captioned matter.

Dated: August 28, 2026

JEFF JACKSON
Attorney General

/s/ Stephanie Brennan
Stephanie A. Brennan
Special Deputy Attorney General
N.C. State Bar No. 35955
sbrennan@ncdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, a copy of the foregoing Notice of Withdrawal was filed via the Court's ECF system and served on counsel of record through the ECF system.

/s/ Stephanie Brennan
Stephanie A. Brennan