IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-cv-76-M-RJ

| | | |
|---|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKINLEY WOOTEN, JR., North Carolina Secretary of Revenue, et al.,<br><br>Defendants. | ) | JOINT STIPULATION OF VOLUNTARY DISMISSAL |

Plaintiffs Vapor Technology Association, AMV Holdings, LLC d/b/a Kure CBD and Vape, Wages and White Lion Investments, LLC d/b/a Triton Distribution, Bright Leaf Vendors, Inc., and Reagan Murphy, jointly with the Defendants McKinley Wooten, Jr. (in his official capacity as the North Carolina Secretary of Revenue), Philip E. Berger (in his official capacity as President Pro Tempore of the North Carolina Senate), and Destin Hall (in his official capacity as Speaker of the North Carolina House of Representatives), and by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of all claims in this action with prejudice, with each party to bear its own costs and attorneys' fees.

This 10th day of September, 2026.

/s/ Matthew W. Sawchak
Matthew W. Sawchak
N.C. State Bar No. 17059
msawchak@rbh.com

Robert W. Fuller
N.C. State Bar No. 10887
rfuller@rbh.com

Caitlan M. Carberry
N.C. State Bar No. 58480
ccarberry@rbh.com

Samuel P. Gerstemeier
N.C. State Bar No. 60885
sgerstemeier@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
434 Fayetteville Street, Suite 1600
Raleigh, North Carolina 27601
Telephone: (919) 239-2600
Facsimile: (919) 328-8791

Eric N. Heyer*
James C. Fraser*
Anna Stressenger*
THOMPSON HINE LLP
1999 K Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 331-8800
Facsimile: (202) 331-8330
Eric.Heyer@ThompsonHine.com
James.Fraser@ThompsonHine.com
Anna.Stressenger@ThompsonHine.com

*Attorneys for Plaintiffs, Vapor Technology Association, AMV Holdings, LLC (d/b/a Kure CBD and Vape), Wages and White Lion Investments, LLC (d/b/a Triton Distribution), Bright Leaf Vendors, Inc., and Reagan Murphy*

*Special appearance entered

JEFF JACKSON
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
N.C. State Bar No. 35955
sbrennan@ncdoj.gov

Olga E. Vysotskaya de Brito
Senior Deputy Attorney General
N.C. State Bar No. 31846
ovysotskaya@ncdoj.gov

Post Office Box 629
Raleigh, NC 27602
Phone: (919) 716-6900
Fax: (919) 716-6763

*Attorneys for Defendants McKinley Wooten, Jr., Philip E. Berger, and Destin Hall*